UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KRISTINA SALINAS,**

  Plaintiff,

v.                                                    **No. 4:24-CV-00318-P**

**TARRANT COUNTY, TEXAS,**

  Defendant.

## ORDER

Before the Court is the Parties' Joint Notice of Scheduled Mediation and Motion to Modify Initial Scheduling Order.  ECF No. 23.  In their motion, the Parties indicated to the Court that they scheduled their mediation for September 16, 2024, which is three days after Plaintiff's expert designations are due.  ECF Nos. 17; 23 at 1–2.  The Parties provide, in their motion, that they wish to mediate prior to any expert designations and request a sixty-day modification of the Court's initial scheduling order.

Because the Court understands the Parties' desire to be on equal footing for the mediation, the Court finds that an extension of Plaintiff's initial expert designation deadline is appropriate. However, the Court finds that a sixty-day extension of all deadlines is unnecessary. Consequently, the Parties' Motion is **GRANTED in part** such that Plaintiff's initial expert designation deadline is hereby extended **to September 20, 2024**.  All other relief requested in the Motion is **DENIED**.

  **SO ORDERED** on this **20th day** of **August 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE