UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRISTINA SALINAS, as guardian and conservator of and for KELLY MASTEN, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-00318-P |
| TARRANT COUNTY, TEXAS, | § § | JURY DEMANDED |
| Defendant. | § § § § § | |

## JOINT ADVISORY TO THE COURT REGARDING SETTLEMENT

On September 20, 2024, the Parties filed a Joint Motion to Stay all Deadlines and Settings Pending Settlement (Doc. 30) in which the Parties indicated they had reached a settlement agreement but that the agreement was contingent upon approval from the Tarrant County Commissioner's Court, the Chancery Court of Clarke County, Mississippi, which oversees Kelly Masten's guardianship, *and* resolution of a Medicaid lien.

Since September 20, 2024, the Parties have diligently worked toward the resolution of this case. According to Stephen Wilson, the Mississippi attorney representing Kelly Masten's guardian, Kristina Salinas, he cannot petition the Chancery Court for settlement authority until the amount for which the Medicaid lien is known. The total amount of the Medicaid bill and the negotiated lien amount must be included in the petition.

Before mediation, Plaintiff's counsel contacted Medicaid and Wellpoint, a managed care company offering Medicaid plans in Texas, to request the total amount of the lien. On September 9, 2024, Wellpoint responded, stating that it does not hold any subrogation rights and advised to

contact the Medicaid tort department. Counsel had already done this. On September 26, 2024, Plaintiff's counsel received a response from Medicaid indicating that the lien amount was zero. However, Plaintiff's counsel has bills that potentially contradict this information. On October 2, 2024, counsel sent a detailed letter to Medicaid explaining the potential discrepancy. On October 15, 2024, Medicaid again confirmed that there is no lien amount.

On October 18, 2024, Jessica Bebawi, Plaintiff's counsel, called the Medicaid Tort Department and spoke with a representative named Jennifer, referring to ticket number 49760747000. Jennifer stated that she could not confirm which dates of service Medicaid had considered in response to Plaintiff's lien inquiry, despite Plaintiff's counsel second letter specifying the date range. She suggested that Plaintiff's counsel send a third letter, attaching a hospital bill. Plaintiff's counsel has done so and awaits Medicaid's response.

If Medicaid confirms that a lien exists, additional time may be required to resolve the case. In that event, Plaintiff's counsel may need to dispute certain charges and seek a reduction. Once this is resolved, Plaintiff's Mississippi guardianship counsel can proceed with petitioning the Chancery Court.

Plaintiff is unable to finalize the proposed settlement of this case on Kelly Masten's behalf without the authorization from the Chancery Court of Mississippi. Once finalized by Plaintiff, the settlement agreement will then need to be placed on the Tarrant County Commissioners Court's agenda at a regularly scheduled meeting for a vote to approve the settlement on behalf of Defendant. For context in calculating this timing, the Tarrant County Commissioners Court meets on the first and third Tuesday of the month and requires agenda submissions two weeks before the meeting date.

| | |
|---|---|
| Respectfully submitted, | */s/Katherine E. Owens* |
| */s/Jessica Bebawi* | **Katherine E. Owens**<br>Texas State Bar No. 24081683 |
| **Jessica Bebawi** | Assistant Criminal District Attorney<br>Phil Sorrells<br>Criminal District Attorney Tarrant County, Texas |
| Attorney-in-Charge:<br>T. Dean Malone<br>Texas State Bar No. 24003265<br>dean@deanmalone.com<br>Law Offices of Dean Malone, P.C.<br>900 Jackson Street, Suite 730<br>Dallas, Texas 75202<br>Telephone: (214) 670-9989<br>Telefax: (214) 670-9904 | Tarrant County Criminal District Attorney's Office<br>Tim Curry Criminal Justice Center<br>401 W. Belknap, 9th Floor<br>Fort Worth, Texas 76196<br>817-884-1233 – Telephone<br>817-884-1675 – Facsimile<br>keowens@tarrantcountytx.gov<br>Attorney for Defendant Tarrant County |
| Of Counsel: | |
| Jessica Bebawi<br>Texas State Bar No. 24108867<br>jessica.bebawi@deanmalone.com<br>Law Offices of Dean Malone, P.C.<br>900 Jackson Street, Suite 730<br>Dallas, Texas 75202<br>Telephone: (214) 670-9989<br>Telefax: (214) 670-9904 | |
| Attorneys for Plaintiff | |